In the Matter of RIVERKEEPER, INC., Respondent, v PLANNING BOARD OF TOWN OF SOUTHEAST et al., Appellants.

In the Matter of RICHARD FEUERMAN et al., Respondents, v PLANNING BOARD OF TOWN OF SOUTHEAST et al., Appellants.

In the Matter of CROTON WATERSHED CLEAN WATER COALITION, INC., et al., Respondents, v PLANNING BOARD OF TOWN OF SOUTHEAST et al., Appellants.

Submitted January 22, 2008; decided February 12, 2008

Motion for reargument denied [*see* 9 NY3d 219 (2007)].

ANGELA M. RODRIGUEZ, Appellant, v ROBERT DOAR, as Commissioner of Onondaga County Department of Social Services, et al., Respondents.

Submitted January 7, 2008; decided February 12, 2008

Motion for reargument denied [*see* 9 NY3d 987 (2007)].

MICHAEL SAVERESE, Plaintiff, v NICOTRA GROUP, LLC, et al., Respondents, et al., Defendant. SCHWARTZ GOLDSTONE & CAMPISI, LLP, Nonparty Appellant. BAXTER SMITH TASSAN & SHAPIRO, P.C., et al., Nonparty Respondents. (And Other Actions.)

Submitted December 17, 2007; decided February 12, 2008

Motion for leave to appeal denied. Motion for a stay dismissed as academic.